

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00223-CV

Raul **VALDEZ**, Jr.,
Appellant

v.

Carolyn **DOMINGUEZ-VALDEZ**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI18141
Honorable Angelica Jimenez, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because he qualifies as indigent under Rule 20 of the Texas Rules of Appellate Procedure.

SIGNED August 7, 2019.

_____
Rebeca C. Martinez, Justice